**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GAYLA OUELLETTE,<br>LOREN R. OUELLETTE,<br><br>            Plaintiffs,<br><br>v.<br><br>SPECIAL RECREATION SERVICES, INC.,<br>et al.,<br><br>            Defendants. | Case No.: 3:20-cv-00391-RCJ-WGC<br><br>**ORDER** |

This matter is before the court on Plaintiffs' Certification (ECF No. 14) regarding leave to file electronically.

Plaintiffs request permission to file, receive, and serve documents electronically in this case. Plaintiffs provided certification that they are familiar with the CM/ECF tutorial and Electronic Filing Procedures, Best Practices, and with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court (ECF No. 14). The court finds that Plaintiffs have demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

/ / /

/ / /

**IT IS HEREBY ORDERED** that Plaintiffs shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated: July 24, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE