**Loren Ouellette**
Gayla Ouellette
11519 Pepper Wy.
Reno, NV 89506
Telephone: (775) 830-3260
Facsimile:   (775) 345-3282
Email: nutrend@yahoo.com

PLAINTIFFS IN PRO PER

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAYLA OUELLETTE, an individual, LOREN R. OUELLETTE, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　*vs.*<br><br>SPECIAL RECREATION SERVICES, INC., a Nevada Non-Profit Corporation, dba AMPLIFY LIFE; STEPHANIE RICE, CYNDY GUSTAFSON, DIANE THORKILDSON SHANNON DRESSEL, ALAN HERAK , AMY GARLAND and DOES 1-50, inclusive.<br><br>　　　　Defendants. | Case No. 3:20-CV-00391-RCJ-WGC<br><br>ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME TO OPPOSE AND REPLY TO DEFENDANTS MOTION TO DISMISS AND DEFENDANTS MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>[ECF #26 AND #27]<br><br>**No Hearing Date Necessary** |

1

**IT IS HEREBY STIPULATED** by and between the parties hereto, LOREN OUELLETTE AND GAYLA OUELETTE (herein referred to as "PLAINTIFFS") in Pro Per and SPECIAL RECREATION SERVICES, INC., a Nevada Non-Profit Corporation, dba AMPLIFY LIFE; STEPHANIE RICE, CYNDY GUSTAFSON, DIANE THORKILDSON SHANNON DRESSEL, ALAN HERAK AND AMY GARLAND (herein referred to as "DEFENDANTS") by and through counsel, Sandra Ketner constituting all of the parties appearing in this action hereby stipulate to the following:

1. The parties agree that "PLAINTIFFS" have until October 14, 2020 to oppose DEFENDANTS Motion to Dismiss and until October 26, 2020 to oppose DEFENDANTS Motion for Judgment on the Pleadings.

2. The parties agree that the DEFENDANTS have a seven day extension to file its replies to both oppositions.

3. Both parties shall pay their own attorney fees and costs incurred in this matter.

**IT IS SO ORDERED** this 16th day of September, 2020.

_____
ROBERT C. JONES,
District Judge