Loren Ouellette
Gayla Ouellette
11519 Pepper Wy.
Reno, NV 89506
Telephone: (775) 830-3260
Facsimile:  (775) 345-3282
Email: nutrend@yahoo.com

PLAINTIFFS IN PRO PER

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAYLA OUELLETTE, an individual, LOREN R. OUELLETTE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIAL RECREATION SERVICES, INC., a Nevada Non-Profit Corporation, dba AMPLIFY LIFE; STEPHANIE RICE, CYNDY GUSTAFSON, DIANE THORKILDSON SHANNON DRESSEL, ALAN HERAK , AMY GARLAND and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 3:20-CV-00391-RCJ-WGC<br>ORDER GRANTING (ECF NO. 37) PLAINTIFFS EMERGENCY MOTION TO ENLARGE TIME TO OPPOSE DEFENDANTS MOTION TO DISMISS; MOTION FOR JUDGMENT FOR GOOD CAUSE; STATEMENT OF MEET AND CONFER WITH OPPOSING COUNSEL<br><br>[ECF #26, #27 and #33]<br><br>**(Assigned to the Honorable Robert C. Jones, presiding and William G. Cobb, referral)** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

Pursuant to LR 7-4 LOREN OUELLETTE AND GAYLA OUELETTE (herein referred to as "PLAINTIFFS") in Pro Per respectfully requests the Court to grant emergency relief to enlarge time to file its Oppositions to SPECIAL RECREATION SERVICES, INC., a Nevada Non-Profit Corporation, dba AMPLIFY LIFE; STEPHANIE RICE, CYNDY GUSTAFSON, DIANE

THORKILDSON, SHANNON DRESSEL, ALAN HERAK AND AMY GARLAND (herein referred

1

THORKILDSON, SHANNON DRESSEL, ALAN HERAK AND AMY GARLAND (herein referred to as "DEFENDANTS") on the basis that PLAINTIFFS require at least 10 additional calendar days on the basis that they are still waiting on transcripts ordered on September 5, 2020 from Kelsie Petit, Transcripts Specialist those are required for its oppositions to DEFENDANTS two motions.

PLAINTIFFS ask the Court to review the record where the DEFENDANTS had an additional 62 days to respond to our Complaint without prejudice. (Attached and incorporated is a copy of the email dated September 10, 2020)

PLAINTIFFS are filing this Motion after opposing counsel ignored the email sent on October 19, 2020 requesting a stipulation as another example of a lack of professional courtesy by DEFENDANTS counsel in response to PLAINTIFFS requests for a stipulation between the parties. Ironically DEFENDANTS utilize the same company for its transcripts but receive expedited delivery service since they are attorneys.

PLAINTIFFS allege that the DEFENDANTS shall not be prejudiced in any manner by a 14 day enlargement of time and hearing continuance but PLAINTIFFS will be severely prejudiced without transcripts for its three pleadings.

According to PACER the current deadlines and hearings are as follows:

Opposition to Response Deadlines: October 14, 2020 and October 26, 2020.

WHEREFORE, PLAINTIFFS respectfully request that the Court enlarge its current deadlines to file its opposition to DEFENDANTS Motion to Dismiss and Motion for Judgment on the Pleadings for 14 days and continue the Motion Hearing (ECF# 33) until November 10, 2020.

DATED: OCTOBER 20, 2020

By: /s/ Loren R. Ouellette          By: /s/ Gayla E. Ouellette
    Loren Ouellette                     Gayla Ouellette

ORDER

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Enlarge Time to Oppose Defendants Motion to Dismiss (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall file their oppositions to motions (ECF Nos. 26, 27, 33) on or before November 10, 2020.

IT IS SO ORDERED this 21st day of October, 2020.

_____
ROBERT C. JONES
United States District Judge

3

Re: Meet and Confer 3:20-cv-00391-RCJ-WGC Ouellette et al v. Special Recreation Services, Inc. et al

From: Loren Ouellette (nutrend@yahoo.com)

To: ahall@shjnevada.com; jsmith@shjnevada.com; sketner@shjnevada.com

Cc: ouellette.gayla@gmail.com

Bcc: nutrend@yahoo.com

Date: Thursday, September 10, 2020, 12:04 PM PDT

Ms. Ketner:

We accept your proposal to a 30 day extension (until 10/14) for us to respond to your 12b motion and a 40 day extension (until 10/26 with the weekend) to respond to the Judgment on the Pleadings and agree to a 7 day extension for defendants to file their replies to both responses.

To clarify the day count in detail: Defendants had 62 days to respond to our Complaints, 22 of those days were allowed to modify their already prepared response for one new Cause of Action added to the 1st Amended Complaint. Please recall: Director Herak, Vice President Thorkildson and Past President Shannon Dressel were served the 1st Amended Complaint on July 2, 2020, you were served the 2nd Amended Complaint on August 17, 2020.

For the record, we are not playing the sympathy card due to our Pro Per status but require sufficient time to review your pile of "exhibits" and to read your supporting cases that appear to be all boilerplate.

We will advise the Clerk of our stipulation and will forward a Stipulation and Order under separate cover.

Regards,

Loren Ouellette


On Thursday, September 10, 2020, 09:44:24 AM PDT, Sandra C. Ketner <sketner@shjnevada.com> wrote:

Mr. Ouellette – if we agree to a 30 day extension, you will have a total of 44 days to respond to the motions which is more than sufficient time. You chose to represent yourself and as a result, you are held to the same rules and standards as licensed attorneys.

To clarify, defendants had a total of 18 days from the date of service of the second amended complaint to prepare and file their motion to dismiss and motion for judgment on the pleadings (not 60 days you contend). However, as a compromise, I propose that we agree to a 30 day extension for you to respond to one of defendants' motions (until 10/14) and a 40 day extension to respond to the other (until 10/26 with the weekend). You can decide which one you prefer to respond to first. In exchange, we request a 7 day extension for defendants to file their replies to both of your responses.

Sandra Ketner

*Of Counsel*

**SIMONS HALL JOHNSTON PC**